UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Shawn Paul Grossman #621120

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

v.

#1 U of M - Ann Arbor - 1500,
E. Medical Center Dr.
Ann Arbor, MI 48109,
#2 Macomb Correctional Facility, (MRF) ~~VOID~~
Healthcare Provider

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**

December 26, 2024 11:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: ___ /12/26

**2:24-cv-217**
Robert J. Jonker
U.S. District Judge

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals
to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses
are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the
questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay
the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☑  No ☐

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5
below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit
was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

Western District and Eastern District

2.  Is the action still pending?       Yes ☑  No ☐

a.  If your answer was no, state precisely how the action was resolved:  N/A

3.  Did you appeal the decision?      Yes ☐  No ☑

4.  Is the appeal still pending?      Yes ☐  No ☑

a.  If not pending, what was the decision on appeal?  N/A

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☑

a.  If so, explain:  N/A

- 2 -                    (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Shawn Paul Grossman_

Place of Present Confinement _Marquette Branch Prison_

Address _1960 U.S. Hwy 41 South, Marquette, MI 49855_

Place of Confinement During Events Described in Complaint _MRF, Macomb Facility_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _UofM Ann Arbor 1500 E. Medical Center Dr._

Position or Title _Ann Arbor, MI 48109 / Hospital_

Place of Employment _Hospital in Ann Arbor_

Address _UofM Ann Arbor 1500 E. Medical Center Dr. Ann Arbor, MI 48109_

Official and/or personal capacity? _Personal capacity_

Name of Defendant #2 _Macomb Correctional Facility Healthcare_

Position or Title _Healthcare Provider_

Place of Employment _MRF Prison_

Address _34625, 26 Mile Rd. Lenox Twp., MI 48048_

Official and/or personal capacity? _Personal capacity_

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -                                    (W.D. Mich. Form – Last Revised: September 2021)

#1

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 6/14/23, MRF Macomb Correctional Facility Prison, Sent me on a Off-Site to U of M Ann Arbor, Hospital. A EMG Test was conducted on both my left and Right Arms. The test that was Performed, They made both my arms jump by messing with the nerves in my wrists and elbow. The left one was done and it wasn't painful at all. When the right one was done at the bend of my elbow, I felt my nerve pinch and a shooting, fire pain shot down my Arm. It was extremely painful and left my arm numb for over a year now. My right Arm and hand is and feels half asleep. It hurts in the tips of my fingers sometimes and I feel pressure in my finger tips. I have lossed the ability to guage the pressure I am applying to objects when I hold them. Such as pens, pencils drinking cups, Utensils. I can't feel what I am holding properly and keep dropping these things because hand being numb.
I have spoken to my healthcare providers who all say that when I broke my hand in 2019 that it's not from that or my Dergenative Disc disease. My hand wasn't numb at all before this test was done. This EMG Test was the cause. It felt like they pinched the nerve and closed it off for a second when the right Arm was done

- 4 -                    (W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Plantiff requests this Court to grant the following relief.
Declare Defendants cause significant damage to Plantiff
right Arm/Hand when Performing EMG Test. Declare
Defendants Gross negligence cause severe nerve damage.
Declare Defendants Medical Mal Practise has left Plantiffs
right hand Paralyzed from EMG Test. And has disrupted Plantiffs
daily life and functions due to Gross-negligence. And to Award
Compensantory damages for physical injury and punitive damages.
Grant Plantiff such other relief as it may appear I am entitled to.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

12/17/24
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Prisoner Name: _Shon C_

Prisoner Number: _#621120_

MARQUETTE BRANCH PRISON

1960 U.S. Highway 41 South

Marquette, MI 49855

KINGSFORD MI 498

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 49855
02 7H
0006145690

$ 000.97⁰

DEC 19 2024

U.S.D.C
399 Federal BLDG.
110 Michigan N.W
Grand Rapids, MI 49503-2363

4950332365